# UNITED STATES DISTRICT COURT
for the

| Robert Paloncy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-362 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Joint Stipulation to Remand to the Commissioner is ACCEPTED. Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58. Matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g). Case is terminated on Court docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Remand

Date: 5/22/2017

CLERK OF COURT

Sophia R. Bryan
Signature of Clerk or Deputy Clerk